**Order entered December 14, 2022**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-22-00893-CV

### MATTHEW FULLER AND FULLER WEALTH MANAGEMENT, LLC, Appellants

### V.

### CRAIG HAUSZ, MICHELLE HAUSZ, CMH ADVISORS, PLLS, AND CMH WEALTH MANAGEMENT, LLC, Appellees

**On Appeal from the 366th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 366-01154-2022**

## ORDER

Before the Court is appellees' December 12, 2022 unopposed first motion for extension of time to file their brief. We **GRANT** the motion and **ORDER** the brief be filed no later than January 11, 2023.

/s/     BILL PEDERSEN, III
JUSTICE